ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89131
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon
FKA The Bank of New York as Trustee for the
Certificateholders CWALT, Inc. Alternative
Loan Trust 2005-58 Mortgage Pass-Through
Certificates, Series 2005-58*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS J. BARRETT, an individual; WILLIAM BARRETT; an individual; 2298 DRIFTWOOD TIDE TRUST, a Nevada trust,<br><br>Defendants. | Case No. 2:17-cv-01809-MMD-PAL<br><br>**DISCLAIMER OF INTEREST AND STIPULATION FOR DISMISSAL OF DORIS J. BARRETT** |

Plaintiff The Bank of New York Mellon FKA The Bank of New York as Trustee For the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58 (**BNY**) and Doris J. Barrett stipulate as follows:

47005291;1

1. This action concerns the real property located at 2298 Driftwood Tide Avenue, Henderson, Nevada 89052.

2. Barrett acquired an interest in the property on or about October 2005, as evidenced by a grant, bargain, sale deed recorded in favor of Barrett and Bill Barrett that was recorded against the property on October 17, 2005 as instrument no. 20051017-0002586.

3. Barrett and Bill Barrett borrowed $1,350,000.00 to purchase the property. To secure the loan, lender Countrywide Home Loans, Inc. recorded a deed of trust against the property on October 17, 2005 as instrument no. 20051017-0002587. The deed of trust was re-recorded against the property on December 7, 2005 as instrument no. 20051207-0004047.

4. BNY is the current record beneficiary of the deed of trust. A true and correct copy of the assignment of deed of trust in favor of BNY was recorded against the property on May 19, 2010 as instrument no. 201005190003468.

5. Barrett no longer claims an interest in the property.

6. Barrett agrees she will not contest any foreclosure by BNY pursuant to the terms of the deed of trust.

7. Based on Barrett's disclaimer of interest in the property and agreement she will not contest any foreclosure by BNY pursuant to the terms of the deed of trust, BNY will dismiss Barrett from this action.

8. Barrett and BNY will bear their own attorneys' fees and costs.

47005291;1

9. This disclaimer of interest and stipulation for dismissal relates **only** to the disclaimer and dismissal of defendant Doris J. Barrett, and no other defendant.

DATED this 31st day of November, 2018.

| **AKERMAN LLP** | **MCDONALD LAW OFFICES, PLLC** |
|---|---|
| By: */s/ Natalie L. Winslow*<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89144<br><br>*Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58* | By: */s/ Brandon B. McDonald, Esq.*<br>BRANDON B. MCDONALD, ESQ.<br>Nevada Bar No. 11206<br>2505 Anthem Village Drive, Suite E-474<br>Henderson, Nevada 89052<br>(702) 385-7411<br><br>*Attorneys for Doris J. Barrett* |

## ORDER

Having reviewed the parties stipulation and good cause appearing,

IT IS ORDERED that, based upon Barrett's disclaimer set forth herein, Barrett is dismissed from this case, with prejudice, each party to bear its own attorney's fees and costs.

Dated: January 2, 2019, ~~2018~~.

_____
**UNITED STATES DISTRICT COURT JUDGE**

47005291;1