DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS J. BARRETT, an individual; WILLIAM BARRETT; an individual; 2298 DRIFTWOOD TIDE TRUST, a Nevada trust,<br><br>Defendants. | Case No.: 2:17-cv-01809-MMD-PAL<br><br>**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE**<br><br>[FIRST REQUEST] |

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58 (**BoNYM**) and Defendant 2298 Driftwood Tide Trust (the **Trust**) stipulate as follows:

1. Trust filed its motion to dismiss, or in the alternative, a motion for summary judgment on July 19, 2019. [ECF No. 19, 20].

49623717;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2. BoNYM's response to both motions is currently due on August 2, 2019.

3. The parties hereby stipulate and agree BoNYM shall have seven (7) additional days to file its responses. The new deadline for BoNYM to file its response to Trust's motion to dismiss, or in the alternative, motion for summary judgment shall be **August 9, 2019**. Trust shall have until **August 30, 2019** to file its reply in support of its motion.

4. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated this 1st of August, 2019

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for 2298 Driftwood Tide Trust* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**:**
_8/2/2019_____