| | |
|---|---|
| 1 | ROGER P. CROTEAU, ESQ. |
| | Nevada Bar No. 4958 |
| 2 | TIMOTHY E. RHODA, ESQ. |
| | Nevada Bar No. 7878 |
| 3 | ROGER P. CROTEAU & ASSOCIATES, LTD. |
| | 9120 West Post Road, Suite 100 |
| 4 | Las Vegas, Nevada 89148 |
| | (702) 254-7775 |
| 5 | (702) 228-7719 (facsimile) |
| | croteaulaw@croteaulaw.com |
| 6 | *Attorney for Defendant* |
| | **2298 DRIFTWOOD TIDE TRUST** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58, a New York corporation, <br><br>Plaintiff, <br><br>vs. <br><br>ESTATE OF WILLIAM BARRETT; an individual; 2298 DRIFTWOOD TIDE TRUST, a Nevada trust; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, <br><br>Defendants. | Case No. 2:17-cv-01809-MMD-BNW |

**STIPULATION AND ORDER TO EXTEND TIME TO (1) REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND (2) RESPOND TO COUNTERMOTION TO AMEND COMPLAINT**
**(First Request)**

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON (*"BONY"*), and Defendant, 2298 DRIFTWOOD TIDE TRUST (*"Driftwood Trust"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 19, 2019, Driftwood Trust filed a Motion to Dismiss or, Alternatively,

Motion for Summary Judgment herein. [ECF #19, 20].

2. On August 16, 2019, BONY filed an Opposition to said Motions, together with a Countermotion to Amend its Complaint. [ECF #29, 30].

3. Driftwood Trust's Reply to BONY's Opposition and Response to the Countermotion to Amend Complaint are both presently due on August 30, 2019.

4. As a result of numerous other pending work and personal obligations, including appellate briefs and motion practice in other cases, Driftwood Trust's counsel has requested an extension of time in which to file its Reply and Response.

5. Driftwood Trust shall be granted an extension of time in which to file its Reply to BONY's Opposition and Response to the Countermotion to Amend Complaint until and including September 16, 2019.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____22nd____ day of August, 2019.

ROGER P. CROTEAU &
  ASSOCIATES, LTD.

AKERMAN, LLP

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*2298 Driftwood Tide Trust*

/s/ Jamie K. Combs
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702) 634-5000
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

IT IS SO ORDERED.

By: _____
    Judge, U.S. District Court

Dated: __August 22, 2019__

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___22nd___ day of August, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO (1) REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND (2) RESPOND TO COUNTERMOTION TO AMEND COMPLAINT (First Request)** to the following parties:

Rex Garner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
rex.garner@akerman.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

Ariel E. Stern
Akerman LLP
1635 VillageCenter Circle
Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

Natalie L Winslow
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
(702) 380-8572 (fax)
natalie.winslow@akerman.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

                                              /s/ *Timothy E. Rhoda*
                                              An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.