ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**2298 DRIFTWOOD TIDE TRUST**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF WILLIAM BARRETT; an individual; 2298 DRIFTWOOD TIDE TRUST, a Nevada trust; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01809-MMD-BNW |

**STIPULATION AND ORDER TO EXTEND TIME TO (1) REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND (2) RESPOND TO COUNTERMOTION TO AMEND COMPLAINT**
(Second Request)

COMES NOW Plaintiff, THE BANK OF NEW YORK MELLON (*"BONY"*), and Defendant, 2298 DRIFTWOOD TIDE TRUST (*"Driftwood Trust"*), by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On July 19, 2019, Driftwood Trust filed a Motion to Dismiss or, Alternatively, Motion for Summary Judgment herein. [ECF #19, 20].

2. On August 16, 2019, BONY filed an Opposition to said Motions, together with a Countermotion to Amend its Complaint. [ECF #29, 30].

3. August 22, 2019, the parties submitted a stipulation to extend the deadling for Driftwood Trust to file its Reply to BONY's Opposition and Response to the Countermotion to Amend Complaint until September 16, 2019. [ECF #31]. Said Stipulation was approved on the same date. [ECF #32].

4. Counsel for Driftwood Trust has requested an additional extension of time in which to file its Reply and Response as a result of numerous other pending work and personal obligations, including appellate briefs, motion practice in other cases and various other matters.

5. Driftwood Trust shall be granted an additional extension of time in which to file its Reply to BONY's Opposition and Response to the Countermotion to Amend Complaint until and including September 26, 2019.

6. This Stipulation is made in good faith and not for purpose of delay.

Dated this ____16th____ day of September, 2019.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
9120 West Post Road, Suite 100
Las Vegas, Nevada 89148
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*2298 Driftwood Tide Trust*

AKERMAN, LLP

/s/ Jamie K. Combs
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
(702) 634-5000
jamie.combs@akerman.com
*Attorney for Plaintiff*
*Bank of New York Mellon*

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: September 16, 2019

Page 2 of 3

2298 Driftwood Tide

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___16th___ day of September, 2019, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO (1) REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND (2) RESPOND TO COUNTERMOTION TO AMEND COMPLAINT (Second Request)** to the following parties:

Rex Garner
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
rex.garner@akerman.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

Ariel E. Stern
Akerman LLP
1635 VillageCenter Circle
Suite 200
Las Vegas, NV 89134
702-634-5000
702-380-8572 (fax)
ariel.stern@akerman.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

Natalie L Winslow
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
(702) 380-8572 (fax)
natalie.winslow@akerman.com
*Attorneys for Plaintiff*
*Bank of New York Mellon*

                  /s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.