DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-58, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-58, a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DORIS J. BARRETT, an individual; WILLIAM BARRETT; an individual; 2298 DRIFTWOOD TIDE TRUST, a Nevada trust,<br><br>Defendants. | Case No.: 2:17-cv-01809-MMD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF COUNTERMOTION [ECF No. 30]**<br><br>[FIRST REQUEST] |

The Bank of New York Mellon, fka The Bank of New York, as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58 (**BoNYM**) and Defendant 2298 Driftwood Tide Trust (the **Trust**) stipulate as follows:

1. BoNYM filed its counter-motion to amend/correct amended complaint, or in the on August 16, 2019. [ECF No. 30].

50350112;1

2. Trust responded to the counter-motion to amend/correct amended complaint on September 26, 2019 [ECF No. 36] BoNYM's reply is currently due on October 3, 2019.

3. BoNYM's counsel requests an extension of time as a result of numerous other work and personal obligations, including appellate briefs, motion practice in other cases, and various other matters.

4. The parties hereby stipulate and agree BoNYM shall have eleven (11) additional days to file its reply in support to counter-motion to amend.

5. The new deadline for BoNYM to file its reply in support of its counter-motion to amend/correct amended complaint shall be **Monday, October 14, 2019.**

This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated this 3rd of October, 2019

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Jamie K. Combs* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> JAMIE K. COMBS, ESQ. <br> Nevada Bar No. 13088 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-58 Mortgage Pass-Through Certificates, Series 2005-58* | */s/ Timothy E. Rhoda* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> TIMOTHY E. RHODA, ESQ. <br> Nevada Bar No. 7878 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for 2298 Driftwood Tide Trust* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: October 3, 2019

2